◼ G. DOUGLAS LONGWAY, Appellant, v ROBERT D. FARQUHAR et al., Defendants, and R.F.P. REALTY, INC., Respondent.— Order unanimously affirmed, with costs, for reasons stated at Special Term, Inglehart, J. (Appeal from order of Supreme Court, Jefferson County, Inglehart, J.—summary judgment.) Present—Dillon, P. J., Hancock, Jr., Doerr, Green and Schnepp, JJ.